```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ROBERT LIPSON                    :    CIVIL ACTION

                                 :

    v.

VAN RU CREDIT CORP               :    NO. 11-4069

<u>O R D E R</u>

**AND NOW, TO WIT:** This 31th day of August, 2011, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                            **MICHAEL E. KUNZ,** Clerk of Court


                            **BY:** <u>/s/Katherine Gallagher</u>
                                Katherine Gallagher
                                Deputy Clerk


Civ 2
41(b).frm